UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT

Attorney: JONATHAN SILVER, ESQ.
Address: 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415

Job #: 1502493

| ELREAG ODORLE | | |
|---|---|---|
| | | Index Number: 21-CV-5944 ARR-LB |
| vs | Plaintiff | Client's File No.: odorle vs. forever |
| FOREVER CABINETRY INC, ROY SHEIN, SHARON ZHANG, MARK ZHANG | | Court Date: |
| | Defendant | Date Filed: 10/26/2021 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
NNAMDI ERSKINE, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **11/12/2021**, at **3:40 PM** at: **50-18 97TH PLACE, CORONA, NY 11368** Deponent served the within **SUMMONS IN A CIVIL Action - COMPLAINT**

On: **MARK ZHANG**, Defendant therein named.

☒ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **#2 DESCRIPTION**

| Sex: Male | Color of skin: Asian | Color of hair: Black | Glasses: |
|---|---|---|---|
| Age: 40 | Height: 5ft 4in - 5ft 8in | Weight: 161-200 Lbs. | Other Features: |

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#5 OTHER**

Sworn to before me on 11/15/2021

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6026621, Qualified in Queens County
Term Expires, August 3, 2023

NNAMDI ERSKINE
DCA License # 1376400



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*